UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -                                      21 Cr. 325 (JGK)

DWAYNE DIAS,                                     ORDER

                  Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **July 6, 2021** at **12:00 p.m.**

Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **June 3, 2021,** until **July 6, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated:    New York, New York
           June 3, 2021

                                      John G. Koeltl
                                  United States District Judge