Law Firm of
## Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

November 18, 2021

VIA ECF

Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
11/18/21

In re: *United States v. Dias*, 21-CR-325 (JGK)

Dear Judge Koeltl:

We are currently ordered to file our sentencing submission by November 19, 2021. Defense counsel respectfully requests an extension until Monday, November 22, 2021, to file said submission. The government consents to the extension.

Thank you for your consideration of this request.

Sincerely,

*/s/ Susan K Marcus*

Susan K. Marcus, Esq.
Attorney for Dwayne Dias