**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 23, 2021

**BY ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
11/23/21

Re:   *United States v. Dwayne Dias*, 21 Cr. 325 (JGK)

Dear Judge Koeltl:

The Government respectfully submits this letter requesting an extension to file its sentencing submission—which is currently due on Thanksgiving, November 26, 2021—to Tuesday, November 30, 2021. This extension is to allow the Government to obtain records from the BOP to address certain arguments raised in the defendant's sentencing submission, which was filed publicly on the docket today. The defendant consents to this request. This is the first such request and does not affect any other deadlines. Sentencing was initially scheduled for December 3, 2021, but was adjourned today by the Court to December 6, 2021.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Sarah L. Kushner
Assistant United States Attorney
(212) 637-2676

Cc:   Susan Marcus, Esq. (by ECF)